IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY JOHNSON,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 23-2433-KSM** |
| **STILLMAN LAW OFFICE,** | |
| Defendant. | |

## ORDER

**AND NOW** this 28th day of March, 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), Plaintiff's opposition brief (Doc. No. 23), Defendant's reply brief (Doc. No. 24), Plaintiff's surreply brief (Doc. No. 25), Plaintiff's Motion for summary Judgment (Doc. No. 21), and Defendant's opposition brief (Doc. No. 22), it is **ORDERED** that:

1. Plaintiff's motion (Doc. No. 21) is **DENIED.**

2. Defendant's motion (Doc. No. 20) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion is **GRANTED** as to Plaintiff's claims premised on violations of the federal criminal code, the Graham-Leach-Bliley Act, the Pennsylvania Fair Credit Extension Uniformity Act, and 15 U.S.C. §§ 1692b(1), 1692b(2), 1692b(5), 1692c(a), 1692d(2), 1692e(10), and 1692j(a). The Court enters **JUDGMENT** in Stillman Law's favor as to these claims.

    b. The motion is **DENIED** as to Plaintiff's claims premised on violations of 15 U.S.C. §§ 1692c(c) and 1692(e)(2)(A).

3. Plaintiff's remaining claims are **REFERRED TO ARBITRATION.** The

arbitration clerk shall schedule an arbitration hearing.  All counsel are attached for the arbitration.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.